**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Cause No.:        01-12-00608-CV; *In re Golding Barge Line Inc.*, Relator

Original Proceeding on Petition for Writ of Mandamus from *David S. Heep v. Golding Barge Line, Inc.*, Cause No. 2011-09342, in the 113th District Court of Harris County, Texas, the Honorable John Donovan, presiding.

On July 5, 2012, relator Golding Barge Line Inc. filed a petition for writ of mandamus challenging the trial court's June 29, 2012 oral ruling by which the court withdrew its June 8, 2012 written order requiring real party in interest David S. Heep to submit to a medical examination.

The court requests a response.  It is **ordered** that the response of the real party in interest is due by **Wednesday, July 11, 2012.**

It is so ORDERED.


Judge's signature: /s/ Justice Massengale
                         Justice Michael Massengale, acting individually


Date:  July 5, 2012